# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**NICOLAS A. MARRERO**
**MASTER-AT-ARMS THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201500006**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 18 August 2014.
**Military Judge:** CAPT John K. Waits, JAGC, USN.
**Convening Authority:** Commander, U.S. Naval Activities Spain, Rota, Spain.
**Staff Judge Advocate's Recommendation:** LT E.S. Nelson, JAGC, USN.
**For Appellant:** LCDR Dillon J. Ambrose, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**19 March 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court